**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ILDAR VALEEV, | ) | |
| | ) | Case No. 3:25-cv-00535 |
| *Petitioner,* | ) | |
| | ) | District Judge Stephanie L. Haines |
| v. | ) | Magistrate Judge Patricia L. Dodge |
| | ) | |
| LEONARD ODDO, *in his official* | ) | |
| *capacity as the Warden of the* | ) | |
| *Moshannon Valley Processing Center,* | ) | |
| *et al.* | ) | |
| | ) | |
| *Respondents.* | ) | |

**ORDER**

**AND NOW** this 24ᵗʰ day of March, 2026, for the reasons stated by this Court in *Calzado Diaz v. Noem*, No. 3:25-cv-458, 2025 WL 3628480 (W.D. Pa. Dec. 15, 2025), *vacated as moot*, ECF No. 22 (Dec. 17, 2025) ("[T]he Court stresses that the general legal conclusions in the Court's Opinion at ECF No. 16 regarding the application of §§ 1225 and 1226 remain unchanged by this Memorandum Order.") it is hereby **ORDERED** as follows:

1. The Petition for Writ of Habeas Corpus, ECF No. 1, is **GRANTED** to the extent that the Court concludes that Petitioner is entitled to an individualized bond hearing before an immigration judge.[1]

2. The Government is directed to provide Petitioner with the statutory process required under 8 U.S.C. § 1226(a), which includes a bond hearing.

3. The Government shall arrange for an individualized bond hearing to be conducted by an immigration judge by ___April 3___, 2026.

---

[1] "Upon consideration of all of the [habeas] relief that [Petitioner] seeks via his Habeas Petition, …the Court finds that a bond hearing is the entirety of the relief due to him under the law." *Calzado Diaz*, No. 3:25-cv-00458, 2025 WL 3628480, at *1. *See also Zeybek v. Oddo*, No. 3:25-cv-512J, 2026 WL 35620, at *3 (W.D. Pa. Jan. 6, 2026).

4. If Petitioner is not provided with a bond hearing by *April 3*_____, 2026, or if the immigration judge declines to conduct a bond hearing based on *Matter of Yajure Hurtado*, 29 I&N Dec. 216, 220 (BIA 2025), or *Matter of Q. Li*, 29 I&N Dec. 66 (BIA 2025), Respondents shall immediately release Petitioner from custody.

5. If the Petitioner is granted bond and the government appeals that decision on the basis that his detention is mandatory pursuant to *Hurtado* then the writ shall issue and Petitioner shall be automatically released.

6. The parties shall provide notice to the Court of the outcome of the individualized bond hearing within seven days of the date of the immigration judge's decision.

7. With no further action required by the Court at this time, the Clerk of Court shall mark this matter closed.

Stephanie L. Haines
United States District Judge

Cc:    Counsel of record
       (Via CM/ECF electronic mail)